IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| DAMON MONTEZ WILLIS, | |
| Plaintiff, | No. C04-4012-MWB |
| vs. | ATTORNEY FEE JUDGMENT |
| JASON SMITH, PAT STEFLIK, MATTHEW ROYSTER, and ELAINE FRENCH, | IN A CIVIL CASE |
| Defendant. | |

This action came before the Court. The issues have been decided and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED

    Plaintiff is hereby awarded attorney fees in the amount of ten thousand six hundred seven dollars and no cents ($10,607.00), expenses in the amount of four hundred ninety-eight dollars and no cents ($498.00), plus interest from the date that the judgment became final.

Dated: January 18, 2006

PRIDGEN J. WATKINS
Clerk

/s des

(By) Deputy Clerk

69 / 22